# United States Court of Appeals
# for the Federal Circuit

---

March 29, 2013

**ERRATA**

---

**MARVIN M. BRANDT AND MARVIN M. BRANDT REVOCABLE TRUST,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5050

---

Appeal from the United States Court of Federal Claims in No. 09-CV-265, Chief Judge Emily C. Hewitt.

---

Decided: March 26, 2013
Precedential Opinion

---

Please make the following change:

On page 20, line 5, please replace "REVERSED" with "REVERSE AND REMAND".